UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

J. Patrick Gavin, a/k/a John P. Gavin,
also doing business as SEC Insight, Inc.,         Civil No. 04-4522 (PAM/JSM)

Plaintiff,

v.                                                 **ORDER**

United States Securities and Exchange
Commission,

Defendant.

---

This matter is before the Court on Plaintiff's informal request to extend filing deadlines in this matter. The Court finds that the request for additional time is reasonable, in light of the Court's recent denial of Defendant's Motion for Partial Reconsideration. Accordingly, **IT IS HEREBY ORDERED** that:

1. On or before June 1, 2006, Defendant shall submit affidavits addressing the deficiencies identified in the Court's October 24, 2005 and January 25, 2006 Orders;

2. If appropriate, the parties may renew their motions for summary judgment:

    a. The parties must file briefs in support of the renewed motions by July 1, 2006;

    b. Opposition papers are due July 20, 2006; and

    c. Replies are due August 1, 2006.

The renewed motions will be decided without oral argument.

Dated: January 30, 2006

                                                         s/Paul A. Magnuson
                                                        Paul A. Magnuson
                                                        United States District Court Judge