UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

J. Patrick Gavin, a/k/a John P. Gavin,
also doing business as SEC Insight, Inc.,                         Civil No. 04-4522 (PAM/JSM)

                              Plaintiff,
v.                                                                                                **ORDER**

United States Securities and Exchange
Commission,

                              Defendant.

---

This matter is before the Court on the parties' requests for a briefing schedule. The Court does not believe the staggered filing schedule proposed by Defendant is necessary. Accordingly, **IT IS HEREBY ORDERED** that:

1. The parties shall file their renewed summary judgment motions, as well as all supporting memoranda and evidence, by June 5, 2007;

2. Opposition memoranda are due July 17, 2007; and

3. Reply memoranda are due August 1, 2007.

The renewed motions will be decided without oral argument.

Dated: April 30, 2007

                                                            s/ Paul A. Magnuson
                                                            Paul A. Magnuson
                                                            United States District Court Judge